IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:13-CV-18-D

| | |
|---|---|
| WILLIAM C. STILLWAGON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MEMORANDUM AND** |
| v. ) | **RECOMMENDATION** |
| ) | |
| INNSBROOK GOLF & MARINA, LLC, et al., ) ) | |
| ) | |
| Defendants. ) | |

The undersigned magistrate judge presided over a settlement conference in this case on 5 December 2014. Although a settlement was not reached, meaningful progress toward a settlement was made and, at the end of the day, the conference was recessed, not impassed.

The parties and the undersigned believe that a 30-day stay of litigation proceedings in this case would significantly facilitate further court-supervised settlement negotiations by insulating the negotiations from the potentially disruptive impact of rulings on pending motions and by enabling the parties to focus their resources on the settlement negotiations. The undersigned advised counsel and they understand that such a stay is unusual, they and their clients need to use their best efforts to complete a settlement within this period, and they should assume that no extension of the stay will be recommended by the undersigned or approved by the court.

IT IS THEREFORE RECOMMENDED that all litigation proceedings in this case be STAYED through 7 January 2015.

This, the 8th day of December 2014.

_____
James E. Gates
United States Magistrate Judge