IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:13-CV-18-D

| | |
|---|---|
| WILLIAM C. STILLWAGON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| INNSBROOK GOLF & MARINA, LLC, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

This case comes before the court on the Memorandum and Recommendation of Magistrate Judge James E. Gates, in which the parties concur, recommending that litigation proceedings in this case be stayed through 7 January 2015 to facilitate the court-supervised settlement negotiations that began with the court-hosted settlement conference on 5 December 2014. The court ADOPTS the recommendation, including the admonitions therein to counsel. All litigation proceedings in this case are hereby STAYED through 7 January 2015. The parties and their counsel shall use their best efforts during the stay to reach a settlement of this matter. Magistrate Judge Gates shall cause an appropriate docket entry to be made in the event that a settlement agreement or impasse is reached prior to 7 January 2015.

SO ORDERED. This 8 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge